IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff People For the American Way Foundation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff which have any securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

ATTORNEY OF RECORD FOR PEOPLE FOR THE AMERICAN WAY FOUNDATION

By: _____
       Counsel

Elliot M. Mincberg
DC Bar No. 941575
People For the American Way Foundation
2000 M Street, Suite 400
Washington, DC  20036
(202) 467-4999 (telephone)
(202) 293-2672 (facsimile)