IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE AMERICAN WAY  )
FOUNDATION,                  )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
NATIONAL SECURITY AGENCY/    )
CENTRAL SECURITY SERVICE,    )   Civil Action No.
                             )
            Defendant.       )

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed.R.Civ.P. 65, Plaintiff People For the American Way Foundation respectfully moves for entry of a preliminary injunction to enjoin Defendant National Security Agency/Central Security Service from failing to respond and unlawfully withholding agency records responsive to Plaintiff's Freedom of Information Act ("FOIA") request relating to the Defendant's warrantless electronic surveillance program authorized by President Bush by Executive Order after September 11, 2001.

Defendant has failed to respond whatsoever to Plaintiff's FOIA request and request for expedited processing, and all applicable time limits set by the statute have now expired. Plaintiff seeks an order requiring Defendant to complete processing of its request and disclose responsive, non-exempt documents within 10 days.

The grounds for this motion are set forth in the accompanying memorandum of points and authorities. Plaintiff asks that this Court, pursuant to Local Rule 65.1(d), schedule a hearing on this application for a preliminary injunction at the Court's earliest convenience.

Dated: February 6, 2006

Respectfully submitted,

PEOPLE FOR THE AMERICAN WAY FOUNDATION

By: _____
Counsel
Elliot M. Mincberg
DC Bar No. 941575
People For the American Way Foundation
2000 M Street, Suite 400
Washington, DC 20036
(202) 467-4999 (telephone)
(202) 293-2672 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE AMERICAN WAY )
FOUNDATION, )
 )
       Plaintiff, )
 )
v. )
 )
NATIONAL SECURITY AGENCY/ )
CENTRAL SECURITY SERVICE, )   Civil Action No.
 )
       Defendant. )

**PROPOSED ORDER**

IT IS HEREBY ORDERED this ___ day of February, 2006, that Plaintiff's Motion for Preliminary Injunction is GRANTED and Defendant is hereby ordered to complete processing of Plaintiff's Freedom of Information Act request and disclose to Plaintiff any responsive, non-exempt documents within 10 days.

_____
DISTRICT JUDGE

4