IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE,<br><br>　　　　Defendant. | Civil Action No. 06-00206 (ESH) |

**NOTICE OF APPEARANCE**

COME NOW the undersigned counsel and enter their appearance as counsel of record for the defendant, the National Security Agency. All service, correspondence, and notices should be directed to Rupa Bhattacharyya at the fax numbers and/or addresses set forth below:

<u>Address for U.S. Mail</u>

Rupa Bhattacharyya
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

<u>Address for Overnight Mail and Hand Delivery</u>

Rupa Bhattacharyya
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

Tel: (202) 514-3146
Fax: (202) 318-7593
E-Mail: rupa.bhattacharyya@usdoj.gov

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, electronic mail, or hand delivery is preferred.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General, Civil Division

                                                KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch


____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated:   February 9, 2006.