IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOGLE FOR THE AMERICAN WAY FOUNDATION,   )<br>  )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE,   )<br>  )<br>Defendant.   )<br>_____) | Civil Action No. 06-00206 (ESH) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE FOR SUMMARY JUDGMENT**

Defendant the National Security Agency hereby seeks a brief period of additional time, through and including May 9, 2006, in which to file its motion for summary judgment in this matter. As required by the Local Rules, undersigned counsel for defendant has conferred with counsel for plaintiff, Elliot M. Mincberg, Esq., who has indicated that he does not oppose the relief requested in this motion. As grounds for this motion, defendant states as follows:

1. On February 27, 2006, following a telephone conference call between the Court and counsel for the parties, the Court entered an order directing defendant to file its Motion for Summary Judgment in this matter by May 1, 2006.

2. Defendant has been working diligently in an effort to complete the necessary papers in support of that motion, but, in light of other litigation commitments and pressing needs, requires a brief period of additional time in which to complete its work.

3. This extension is not sought for the purposes of delay, and in light of plaintiff's consent, will not result in prejudice to any party.

Wherefore, defendant respectfully requests that the Court grant it a brief additional period

of time, through and including May 9, 2006, in which to file its Motion for Summary Judgment in this matter. A proposed order is attached for the convenience of the Court.

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General, Civil Division

                KENNETH J. WAINSTEIN
                United States Attorney

                JOSEPH H. HUNT
                Director, Federal Programs Branch

                ELIZABETH J. SHAPIRO
                Assistant Director, Federal Programs Branch


                ____/s/ Rupa Bhattacharyya_____
                RUPA BHATTACHARYYA (VA# 38877)
                Senior Trial Counsel
                Federal Programs Branch, Civil Division
                United States Department of Justice
                P.O. Box 883, 20 Massachusetts Ave., N.W.
                Washington, D.C.  20044
                Tel: (202) 514-3146
                Fax: (202) 318-7593
                Email: rupa.bhattacharyya@usdoj.gov

Dated:   April 28, 2006.