IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE,<br><br>　　Defendant. | Civil Action No. 06-00206 (ESH) |

**[PROPOSED] ORDER**

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to File for Summary Judgment, finds Defendant's Motion to be well-taken, and it is hereby GRANTED. Defendant shall have through and including May 9, 2006, in which file its Motion for Summary Judgment in the captioned matter.

　　IT IS SO ORDERED, this _____ day of April 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE