Westlaw.

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

▷

Executive Order 12333

United States Intelligence Activities

December 4, 1981

**\*59941** Timely and accurate information about the activities, capabilities, plans, and intentions of foreign powers, organizations, and persons and their agents, is essential to the national security of the United States. All reasonable and lawful means must be used to ensure that the United States will receive the best intelligence available. For that purpose, by virtue of the authority vested in me by the Constitution and statutes of the United States of America, including the National Security Act of 1947, as amended, and as President of the United States of America, in order to provide for the effective conduct of United States intelligence activities and the protection of constitutional rights, it is hereby ordered as follows:

**\*59942** Part 1

Goals, Direction, Duties and Responsibilities With Respect to the National Intelligence Effort

1.1 Goals. The United States intelligence effort shall provide the President and the National Security Council with the necessary information on which to base decisions concerning the conduct and development of foreign, defense and economic policy, and the protection of United States national interests from foreign security threats. All departments and agencies shall cooperate fully to fulfill this goal.

(a) Maximum emphasis should be given to fostering analytical competition among appropriate elements of the Intelligence Community.

(b) All means, consistent with applicable United States law and this Order, and with full consideration of the rights of United States persons, shall be used to develop intelligence information for the President and the National Security Council. A balanced approach between technical collection efforts and other means should be maintained and encouraged.

(c) Special emphasis should be given to detecting and countering espionage and other threats and activities directed by foreign intelligence services against the United States Government, or United States corporations, establishments, or persons.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 2

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**


    (d) To the greatest extent possible consistent with applicable United States
law and this Order, and with full consideration of the rights of United States
persons, all agencies and departments should seek to ensure full and free exchange
of information in order to derive maximum benefit from the United States
intelligence effort.

1.2 The National Security Council.

    (a) Purpose. The National Security Council (NSC) was established by the National
Security Act of 1947 to advise the President with respect to the integration of
domestic, foreign and military policies relating to the national security. The NSC
shall act as the highest Executive Branch entity that provides review of, guidance
for and direction to the conduct of all national foreign intelligence,
counterintelligence, and special activities, and attendant policies and programs.

    (b) Committees. The NSC shall establish such committees as may be necessary to
carry out its functions and responsibilities under this Order. The NSC, or a
committee established by it, shall consider and submit to the President a policy
recommendation, including all dissents, on each special activity and shall review
proposals for other sensitive intelligence operations.

1.3 National Foreign Intelligence Advisory Groups.

    (a) Establishment and Duties. The Director of Central Intelligence shall
establish such boards, councils, or groups as required for the purpose of
obtaining advice from within the Intelligence Community concerning:

        (1) Production, review and coordination of national foreign intelligence;

        (2) Priorities for the National Foreign Intelligence Program budget;

        (3) Interagency exchanges of foreign intelligence information;

        (4) Arrangements with foreign governments on intelligence matters;

        (5) Protection of intelligence sources and methods;

        (6) Activities of common concern; and

        (7) Such other matters as may be referred by the Director of Central
Intelligence.

    (b) Membership. Advisory groups established pursuant to this section shall be
chaired by the Director of Central Intelligence or his designated representative
and shall consist of senior representatives from organizations within the
Intelligence Community and from departments or agencies containing such
organizations, as designated by the Director of Central Intelligence. Groups for
consideration of substantive intelligence matters will include representatives

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 3

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**


**\*59943** of organizations involved in the collection, processing and analysis of intelligence. Al senior representative of the Secretary of Commerce, the Attorney General, the Assistant to the President for National Security Affairs, and the Office of the Secretary of Defense shall be invited to participate in any group which deals with other than substantive intelligence matters.

   1.4 The Intelligence Community. The agencies within the Intelligence Community shall, in accordance with applicable United States law and with the other provisions of this Order, conduct intelligence activities necessary for the conduct of foreign relations and the protection of the national security of the United States, including:

   (a) Collection of information needed by the President, the National Security Council, the Secretaries of State and Defense, and other Executive Branch officials for the performance of their duties and responsibilities;

   (b) Production and dissemination of intelligence;

   (c) Collection of information concerning, and the conduct of activities to protect against, intelligence activities directed against the United States, international terrorist and international narcotics activities, and other hostile activities directed against the United States by foreign powers, organizations, persons, and their agents;

   (d) Special activities;

   (e) Administrative and support activities within the United States and abroad necessary for the performance of authorized activities; and

   (f) Such other intelligence activities as the President may direct from time to time.

   1.5 Director of Central Intelligence. In order to discharge the duties and responsibilities prescribed by law, the Director of Central Intelligence shall be responsible directly to the President and the NSC and shall:

   (a) Act as the primary adviser to the President and the NSC on national foreign intelligence and provide the President and other officials in the Executive Branch with national foreign intelligence;

   (b) Develop such objectives and guidance for the Intelligence Community as will enhance capabilities for responding to expected future needs for national foreign intelligence;

   (c) Promote the development and maintenance of services of common concern by designated intelligence organizations on behalf of the Intelligence Community;

   (d) Ensure implementation of special activities;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 4

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

    (e) Formulate policies concerning foreign intelligence and counterintelligence
arrangements with foreign governments, coordinate foreign intelligence and
counterintelligence relationships between agencies of the Intelligence Community
and the intelligence or internal security services of foreign governments, and
establish procedures governing the conduct of liaison by any department or agency
with such services on narcotics activities;

    (f) Participate in the development of procedures approved by the Attorney
General governing criminal narcotics intelligence activities abroad to ensure that
these activities are consistent with foreign intelligence programs;

    (g) Ensure the establishment by the Intelligence Community of common security
and access standards for managing and handling foreign intelligence systems,
information, and products;

    (h) Ensure that programs are developed which protect intelligence sources,
methods, and analytical procedures;

    (i) Establish uniform criteria for the determination of relative priorities
for the transmission of critical national foreign intelligence, and advise the
Secretary of Defense concerning the communications requirements of the
Intelligence Community for the transmission of such intelligence;

    *59944 (j) Establish appropriate staffs, committees, or other advisory groups
to assist in the execution of the Director's responsibilities;

    (k) Have full responsibility for production and dissemination of national
foreign intelligence, and authority to levy analytic tasks on departmental
intelligence production organizations, in consultation with those organizations,
ensuring that appropriate mechanisms for competitive analysis are developed so
that diverse points of view are considered fully and differences of judgment
within the Intelligence Community are brought to the attention of national
policymakers;

    (l) Ensure the timely exploitation and dissemination of data gathered by
national foreign intelligence collection means, and ensure that the resulting
intelligence is disseminated immediately to appropriate government entities and
military commands;

    (m) Establish mechanisms which translate national foreign intelligence
objectives and priorities approved by the NSC into specific guidance for the
Intelligence Community, resolve conflicts in tasking priority, provide to
departments and agencies having information collection capabilities that are not
part of the National Foreign Intelligence Program advisory tasking concerning
collection of national foreign intelligence, and provide for the development of
plans and arrangements for transfer of required collection tasking authority to
the Secretary of Defense when directed by the President;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                              Page 5

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

    (n) Develop, with the advice of the program managers and departments and
agencies concerned, the consolidated National Foreign Intelligence Program budget,
and present it to the President and the Congress;

    (o) Review and approve all requests for reprogramming National Foreign
Intelligence Program funds, in accordance with guidelines established by the
Office of Management and Budget;

    (p) Monitor National Foreign Intelligence Program implementation, and, as
necessary, conduct program and performance audits and evaluations;

    (q) Together with the Secretary of Defense, ensure that there is no
unnecessary overlap between national foreign intelligence programs and Department
of Defense intelligence programs consistent with the requirement to develop
competitive analysis, and provide to and obtain from the Secretary of Defense all
information necessary for this purpose;

    (r) In accordance with law and relevant procedures approved by the Attorney
General under this Order, give the heads of the departments and agencies access to
all intelligence, developed by the CIA or the staff elements of the Director of
Central Intelligence, relevant to the national intelligence needs of the
departments and agencies; and

    (s) Facilitate the use of national foreign intelligence products by Congress
in a secure manner.

1.6 Duties and Responsibilities of the Heads of Executive Branch Departments and
Agencies.

  (a) The heads of all Executive Branch departments and agencies shall, in
accordance with law and relevant procedures approved by the Attorney General under
this Order, give the Director of Central Intelligence access to all information
relevant to the national intelligence needs of the United States, and shall give
due consideration to the requests from the Director of Central Intelligence for
appropriate support for Intelligence Community activities.

  (b) The heads of departments and agencies involved in the National Foreign
Intelligence Program shall ensure timely development and submission to the
Director of Central Intelligence by the program managers and heads of component
activities of proposed national programs and budgets in the format designated by
the Director of Central Intelligence, and shall also ensure that the Director of
Central Intelligence is provided, in a timely and responsive manner, all
information necessary to perform the Director's program and budget
responsibilities.

  **\*59945** (c) The heads of departments and agencies involved in the National
Foreign Intelligence Program may appeal to the President decisions by the Director
of Central Intelligence on budget or reprogramming matters of the National Foreign

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

Intelligence Program.

  1.7 Senior Officials of the Intelligence Community. The heads of departments and
agencies with organizations in the Intelligence Community or the heads of such
organizations, as appropriate, shall:

    (a) Report to the Attorney General possible violations of federal criminal
laws by employees and of specified federal criminal laws by any other person as
provided in procedures agreed upon by the Attorney General and the head of the
department or agency concerned, in a manner consistent with the protection of
intelligence sources and methods, as specified in those procedures;

    (b) In any case involving serious or continuing breaches of security,
recommend to the Attorney General that the case be referred to the FBI for further
investigation;

    (c) Furnish the Director of Central Intelligence and the NSC, in accordance
with applicable law and procedures approved by the Attorney General under this
Order, the information required for the performance of their respective duties;

    (d) Report to the Intelligence Oversight Board, and keep the Director of
Central Intelligence appropriately informed, concerning any intelligence
activities of their organizations that they have reason to believe may be unlawful
or contrary to Executive order or Presidential directive;

    (e) Protect intelligence and intelligence sources and methods from
unauthorized disclosure consistent with guidance from the Director of Central
Intelligence;

    (f) Disseminate intelligence to cooperating foreign governments under
arrangements established or agreed to by the Director of Central Intelligence;

    (g) Participate in the development of procedures approved by the Attorney
General governing production and dissemination of intelligence resulting from
criminal narcotics intelligence activities abroad if their departments, agencies,
or organizations have intelligence responsibilities for foreign or domestic
narcotics production and trafficking;

    (h) Instruct their employees to cooperate fully with the Intelligence
Oversight Board; and

    (i) Ensure that the Inspectors General and General Counsels for their
organizations have access to any information necessary to perform their duties
assigned by this Order.

  1.8 The Central Intelligence Agency. All duties and responsibilities of the CIA
shall be related to the intelligence functions set out below. As authorized by
this Order; the National Security Act of 1947, as amended; the CIA Act of 1949, as

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

amended; appropriate directives or other applicable law, the CIA shall:

(a) Collect, produce and disseminate foreign intelligence and counterintelligence, including information not otherwise obtainable. The collection of foreign intelligence or counterintelligence within the United States shall be coordinated with the FBI as required by procedures agreed upon by the Director of Central Intelligence and the Attorney General;

(b) Collect, produce and disseminate intelligence on foreign aspects of narcotics production and trafficking;

(c) Conduct counterintelligence activities outside the United States and, without assuming or performing any internal security functions, conduct counterintelligence activities within the United States in coordination with the FBI as required by procedures agreed upon by the Director of Central Intelligence and the Attorney General;

**\*59946** (d) Coordinate counterintelligence activities and the collection of information not otherwise obtainable when conducted outside the United States by other departments and agencies;

(e) Conduct special activities approved by the President. No agency except the CIA (or the Armed Forces of the United States in time of war declared by Congress or during any period covered by a report from the President to the Congress under the War Powers Resolution (87 Stat. 855))* may conduct any special activity unless the President determines that another agency is more likely to achieve a particular objective;

(f) Conduct services of common concern for the Intelligence Community as directed by the NSC;

(g) Carry out or contract for research, development and procurement of technical systems and devices relating to authorized functions;

(h) Protect the security of its installations, activities, information, property, and employees by appropriate means, including such investigations of applicants, employees, contractors, and other persons with similar associations with the CIA as are necessary; and

(i) Conduct such administrative and technical support activities within and outside the United States as are necessary to perform the functions described in sections (a) through (h) above, including procurement and essential cover and proprietary arrangements.

1.9 The Department of State. The Secretary of State shall:

(a) Overtly collect information relevant to United States foreign policy concerns;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 8

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**


(b) Produce and disseminate foreign intelligence relating to United States foreign policy as required for the execution of the Secretary's responsibilities;

(c) Disseminate, as appropriate, reports received from United States diplomatic and consular posts;

(d) Transmit reporting requirements of the Intelligence Community to the Chiefs of United States Missions abroad; and

(e) Support Chiefs of Missions in discharging their statutory responsibilities for direction and coordination of mission activities.

1.10 The Department of the Treasury. The Secretary of the Treasury shall:

(a) Overtly collect foreign financial and monetary information;

(b) Participate with the Department of State in the overt collection of general foreign economic information;

(c) Produce and disseminate foreign intelligence relating to United States economic policy as required for the execution of the Secretary's responsibilities; and

(d) Conduct, through the United States Secret Service, activities to determine the existence and capability of surveillance equipment being used against the President of the United States, the Executive Office of the President, and, as authorized by the Secretary of the Treasury or the President, other Secret Service protectees and United States officials. No information shall be acquired intentionally through such activities except to protect against such surveillance, and those activities shall be conducted pursuant to procedures agreed upon by the Secretary of the Treasury and the Attorney General.

1.11 The Department of Defense. The Secretary of Defense shall:

(a) Collect national foreign intelligence and be responsive to collection tasking by the Director of Central Intelligence;

(b) Collect, produce and disseminate military and military-related foreign intelligence and counterintelligence as required for execution of the Secretary's responsibilities;

**\*59947** (c) Conduct programs and missions necessary to fulfill national, departmental and tactical foreign intelligence requirements;

(d) Conduct counterintelligence activities in support of Department of Defense components outside the United States in coordination with the CIA, and within the United States in coordination with the FBI pursuant to procedures agreed upon by the Secretary of Defense and the Attorney General;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 9

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

(e) Conduct, as the executive agent of the United States Government, signals intelligence and communications security activities, except as otherwise directed by the NSC;

(f) Provide for the timely transmission of critical intelligence, as defined by the Director of Central Intelligence, within the United States Government;

(g) Carry out or contract for research, development and procurement of technical systems and devices relating to authorized intelligence functions;

(h) Protect the security of Department of Defense installations, activities, property, information, and employees by appropriate means, including such investigations of applicants, employees, contractors, and other persons with similar associations with the Department of Defense as are necessary;

(i) Establish and maintain military intelligence relationships and military intelligence exchange programs with selected cooperative foreign defense establishments and international organizations, and ensure that such relationships and programs are in accordance with policies formulated by the Director of Central Intelligence;

(j) Direct, operate, control and provide fiscal management for the National Security Agency and for defense and military intelligence and national reconnaissance entities; and

(k) Conduct such administrative and technical support activities within and outside the United States as are necessary to perform the functions described in sections (a) through (j) above.

  1.12 Intelligence Components Utilized by the Secretary of Defense. In carrying out the responsibilities assigned in section 1.11, the Secretary of Defense is authorized to utilize the following:

(a) Defense Intelligence Agency, whose responsibilities shall include;

(1) Collection, production, or, through tasking and coordination, provision of military and military-related intelligence for the Secretary of Defense, the Joint Chiefs of Staff, other Defense components, and, as appropriate, non-Defense agencies;

(2) Collection and provision of military intelligence for national foreign intelligence and counterintelligence products;

(3) Coordination of all Department of Defense intelligence collection requirements;

(4) Management of the Defense Attache system; and

(5) Provision of foreign intelligence and counterintelligence staff support as

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

(Cite as: 46 FR 59941)


directed by the Joint Chiefs of Staff.

    (b) National Security Agency, whose responsibilities shall include:

(1) Establishment and operation of an effective unified organization for signals intelligence activities, except for the delegation of operational control over certain operations that are conducted through other elements of the Intelligence Community. No other department or agency may engage in signals intelligence activities except pursuant to a delegation by the Secretary of Defense;

(2) Control of signals intelligence collection and processing activities, including assignment of resources to an appropriate agent for such periods and tasks as required for the direct support of military commanders;

*59948 (3) Collection of signals intelligence information for national foreign intelligence purposes in accordance with guidance from the Director of Central Intelligence;

(4) Processing of signals intelligence data for national foreign intelligence purposes in accordance with guidance from the Director of Central Intelligence;

(5) Dissemination of signals intelligence information for national foreign intelligence purposes to authorized elements of the Government, including the military services, in accordance with guidance from the Director of Central Intelligence;

(6) Collection, processing and dissemination of signals intelligence information for counterintelligence purposes;

(7) Provision of signals intelligence support for the conduct of military operations in accordance with tasking, priorities, and standards of timeliness assigned by the Secretary of Defense. If provision of such support requires use of national collection systems, these systems will be tasked within existing guidance from the Director of Central Intelligence;

(8) Executing the responsibilities of the Secretary of Defense as executive agent for the communications security of the United States Government;

(9) Conduct of research and development to meet the needs of the United States for signals intelligence and communications security;

(10) Protection of the security of its installations, activities, property, information, and employees by appropriate means, including such investigations of applicants, employees, contractors, and other persons with similar associations with the NSA as are necessary;

(11) Prescribing, within its field of authorized operations, security regulations covering operating practices, including the transmission, handling and

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 11

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

distribution of signals intelligence and communications security material within
and among the elements under control of the Director of the NSA, and exercising
the necessary supervisory control to ensure compliance with the regulations;

(12) Conduct of foreign cryptologic liaison relationships, with liaison for
intelligence purposes conducted in accordance with policies formulated by the
Director of Central Intelligence; and

(13) Conduct of such administrative and technical support activities within and
outside the United States as are necessary to perform the functions described in
sections (1) through (12) above, including procurement.

   (c) Offices for the collection of specialized intelligence through
reconnaissance programs, whose responsibilities shall include:

(1) Carrying out consolidated reconnaissance programs for specialized intelligence;

(2) Responding to tasking in accordance with procedures established by the
Director of Central Intelligence; and

(3) Delegating authority to the various departments and agencies for research,
development, procurement, and operation of designated means of collection.

   (d) The foreign intelligence and counterintelligence elements of the Army,
Navy, Air Force, and Marine Corps, whose responsibilities shall include:

(1) Collection, production and dissemination of military and military-related
foreign intelligence and counterintelligence, and information on the foreign
aspects of narcotics production and trafficking. When collection is conducted in
response to national foreign intelligence requirements, it will be conducted in
accordance with guidance from the Director of Central Intelligence. Collection of
national foreign intelligence, not otherwise obtainable, outside the United States
shall be coordinated with the CIA, and such collection within the United States
shall be coordinated with the FBI;

**\*59949** (2) Conduct of counterintelligence activities outside the United States in
coordination with the CIA, and within the United States in coordination with the
FBI; and

(3) Monitoring of the development, procurement and management of tactical
intelligence systems and equipment and conducting related research, development,
and test and evaluation activities.

   (e) Other offices within the Department of Defense appropriate for conduct of
the intelligence missions and responsibilities assigned to the Secretary of
Defense. If such other offices are used for intelligence purposes, the provisions
of Part 2 of this Order shall apply to those offices when used for those purposes.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 12

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**


  1.13 The Department of Energy. The Secretary of Energy shall:

    (a) Participate with the Department of State in overtly collecting information
with respect to foreign energy matters;

    (b) Produce and disseminate foreign intelligence necessary for the Secretary's
responsibilities;

    (c) Participate in formulating intelligence collection and analysis
requirements where the special expert capability of the Department can contribute;
and

    (d) Provide expert technical, analytical and research capability to other
agencies within the Intelligence Community.

  1.14 The Federal Bureau of Investigation. Under the supervision of the Attorney
General and pursuant to such regulations as the Attorney General may establish,
the Director of the FBI shall:

    (a) Within the United States conduct counterintelligence and coordinate
counterintelligence activities of other agencies within the Intelligence
Community. When a counterintelligence activity of the FBI involves military or
civilian personnel of the Department of Defense, the FBI shall coordinate with the
Department of Defense;

    (b) Conduct counterintelligence activities outside the United States in
coordination with the CIA as required by procedures agreed upon by the Director of
Central Intelligence and the Attorney General;

    (c) Conduct within the United States, when requested by officials of the
Intelligence Community designated by the President, activities undertaken to
collect foreign intelligence or support foreign intelligence collection
requirements of other agencies within the Intelligence Community, or, when
requested by the Director of the National Security Agency, to support the
communications security activities of the United States Government;

    (d) Produce and disseminate foreign intelligence and counterintelligence; and

    (e) Carry out or contract for research, development and procurement of
technical systems and devices relating to the functions authorized above.

Part 2

Conduct of Intelligence Activities

  2.1 Need. Accurate and timely information about the capabilities, intentions and
activities of foreign powers, organizations, or persons and their agents is
essential to informed decisionmaking in the areas of national defense and foreign

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 13

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

relations. Collection of such information is a priority objective and will be
pursued in a vigorous, innovative and responsible manner that is consistent with
the Constitution and applicable law and respectful of the principles upon which
the United States was founded.

  2.2 Purpose. This Order is intended to enhance human and technical collection
techniques, especially those undertaken abroad, and the acquisition of significant
foreign intelligence, as well as the detection and countering of international
terrorist activities and espionage conducted by foreign powers. Set forth below
are certain general principles that, in addition to and consistent with applicable
laws, are intended to achieve the proper balance between *59950 the acquisition of
essential information and protection of individual interests. Nothing in this
Order shall be construed to apply to or interfere with any authorized civil or
criminal law enforcement responsibility of any department or agency.

  2.3 Collection of Information. Agencies within the Intelligence Community are
authorized to collect, retain or disseminate information concerning United States
persons only in accordance with procedures established by the head of the agency
concerned and approved by the Attorney General, consistent with the authorities
provided by Part 1 of this Order. Those procedures shall permit collection,
retention and dissemination of the following types of information:

  (a) Information that is publicly available or collected with the consent of
the person concerned;

  (b) Information constituting foreign intelligence or counterintelligence,
including such information concerning corporations or other commercial
organizations. Collection within the United States of foreign intelligence not
otherwise obtainable shall be undertaken by the FBI or, when significant foreign
intelligence is sought, by other authorized agencies of the Intelligence
Community, provided that no foreign intelligence collection by such agencies may
be undertaken for the purpose of acquiring information concerning the domestic
activities of United States persons;

  (c) Information obtained in the course of a lawful foreign intelligence,
counterintelligence, international narcotics or international terrorism
investigation;

  (d) Information needed to protect the safety of any persons or organizations,
including those who are targets, victims or hostages of international terrorist
organizations;

  (e) Information needed to protect foreign intelligence or counterintelligence
sources or methods from unauthorized disclosure. Collection within the United
States shall be undertaken by the FBI except that other agencies of the
Intelligence Community may also collect such information concerning present or
former employees, present or former intelligence agency contractors or their
present or former employees, or applicants for any such employment or contracting;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

(f) Information concerning persons who are reasonably believed to be potential sources or contacts for the purpose of determining their suitability or credibility;

(g) Information arising out of a lawful personnel, physical or communications security investigation;

(h) Information acquired by overhead reconnaissance not directed at specific United States persons;

(i) Incidentally obtained information that may indicate involvement in activities that may violate federal, state, local or foreign laws; and

(j) Information necessary for administrative purposes.

In addition, agencies within the Intelligence Community may disseminate information, other than information derived from signals intelligence, to each appropriate agency within the Intelligence Community for purposes of allowing the recipient agency to determine whether the information is relevant to its responsibilities and can be retained by it.

2.4 Collection Techniques. Agencies within the Intelligence Community shall use the least intrusive collection techniques feasible within the United States or directed against United States persons abroad. Agencies are not authorized to use such techniques as electronic surveillance, unconsented physical search, mail surveillance, physical surveillance, or monitoring devices unless they are in accordance with procedures established by the head of the agency concerned and approved by the Attorney General. Such procedures shall protect constitutional and other legal rights and limit use of such information to lawful governmental purposes. These procedures shall not authorize:

*59951 (a) The CIA to engage in electronic surveillance within the United States except for the purpose of training, testing, or conducting countermeasures to hostile electronic surveillance;

(b) Unconsented physical searches in the United States by agencies other than the FBI, except for:

(1) Searches by counterintelligence elements of the military services directed against military personnel within the United States or abroad for intelligence purposes, when authorized by a military commander empowered to approve physical searches for law enforcement purposes, based upon a finding of probable cause to believe that such persons are acting as agents of foreign powers; and

(2) Searches by CIA of personal property of non-United States persons lawfully in its possession.

(c) Physical surveillance of a United States person in the United States by

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

agencies other than the FBI, except for:

(1) Physical surveillance of present or former employees, present or former intelligence agency contractors or their present of former employees, or applicants for any such employment or contracting; and

(2) Physical surveillance of a military person employed by a nonintelligence element of a military service.

(d) Physical surveillance of a United States person abroad to collect foreign intelligence, except to obtain significant information that cannot reasonably be acquired by other means.

2.5 Attorney General Approval. The Attorney General hereby is delegated the power to approve the use for intelligence purposes, within the United States or against a United States person abroad, of any technique for which a warrant would be required if undertaken for law enforcement purposes, provided that such techniques shall not be undertaken unless the Attorney General has determined in each case that there is probable cause to believe that the technique is directed against a foreign power or an agent of a foreign power. Electronic surveillance, as defined in the Foreign Intelligence Surveillance Act of 1978, shall be conducted in accordance with that Act, as well as this Order.

2.6 Assistance to Law Enforcement Authorities. Agencies within the Intelligence Community are authorized to:

(a) Cooperate with appropriate law enforcement agencies for the purpose of protecting the employees, information, property and facilities of any agency within the Intelligence Community;

(b) Unless otherwise precluded by law or this Order, participate in law enforcement activities to investigate or prevent clandestine intelligence activities by foreign powers, or international terrorist or narcotics activities;

(c) Provide specialized equipment, technical knowledge, or assistance of expert personnel for use by any department or agency, or, when lives are endangered, to support local law enforcement agencies. Provision of assistance by expert personnel shall be approved in each case by the General Counsel of the providing agency; and

(d) Render any other assistance and cooperation to law enforcement authorities not precluded by applicable law.

2.7 Contracting. Agencies within the Intelligence Community are authorized to enter into contracts or arrangements for the provision of goods or services with private companies or institutions in the United States and need not reveal the sponsorship of such contracts or arrangements for authorized intelligence purposes. Contracts or arrangements with academic institutions may be undertaken

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 16

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

only with the contract of appropriate officials of the institution.

 **\*59952** 2.8 Consistency With Other Laws. Nothing in this Order shall be construed to authorize any activity in violation of the Constitution or statutes of the United States.

 2.9 Undisclosed Participation in Organizations Within the United States. No one acting on behalf of agencies within the Intelligence Community may join or otherwise participate in any organization in the United States on behalf of any agency within the Intelligence Community without disclosing his intelligence affiliation to appropriate officials of the organization, except in accordance with procedures established by the head of the agency concerned and approved by the Attorney General. Such participation shall be authorized only if it is essential to achieving lawful purposes as determined by the agency head or designee. No such participation may be undertaken for the purpose of influencing the activity of the organization or its members except in cases where:

 (a) The participation is undertaken on behalf of the FBI in the course of a lawful investigation; or

 (b) The organization concerned is composed primarily of individuals who are not United States persons and is reasonably believed to be acting on behalf of a foreign power.

 2.10 Human Experimentation. No agency within the Intelligence Community shall sponsor, contract for or conduct research on human subjects except in accordance with guidelines issued by the Department of Health and Human Services. The subject's informed consent shall be documented as required by those guidelines.

 2.11 Prohibition on Assassination. No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination.

 2.12 Indirect Participation. No agency of the Intelligence Community shall participate in or request any person to undertake activities forbidden by this Order.

Part 3

General Provisions

 3.1 Congressional Oversight. The duties and responsibilities of the Director of Central Intelligence and the heads of other departments, agencies, and entities engaged in intelligence activities to cooperate with the Congress in the conduct of its responsibilities for oversight of intelligence activities shall be as provided in title 50, United States Code, section 413. The requirements of section 662 of the Foreign Assistance Act of 1961, as amended (22 U.S.C. 2422), and section 501 of the National Security Act of 1947, as amended (50 U.S.C. 413),

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                          Page 17

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**

shall apply to all special activities as defined in this Order.

   3.2 Implementation. The NSC, the Secretary of Defense, the Attorney General, and
the Director of Central Intelligence shall issue such appropriate directives and
procedures as are necessary to implement this Order. Heads of agencies within the
Intelligence Community shall issue appropriate supplementary directives and
procedures consistent with this Order. The Attorney General shall provide a
statement of reasons for not approving any procedures established by the head of
an agency in the Intelligence Community other than the FBI. The National Security
Council may establish procedures in instances where the agency head and the
Attorney General are unable to reach agreement on other than constitutional or
other legal grounds.

   3.3 Procedures. Until the procedures required by this Order have been
established, the activities herein authorized which require procedures shall be
conducted in accordance with existing procedures or requirements established under
Executive Order No. 12036. Procedures required by this Order shall be established
as expeditiously as possible. All procedures promulgated pursuant to this Order
shall be made available to the congressional intelligence committees.

   *59953 3.4 Definitions. For the purposes of this Order, the following terms
shall have these meanings:

   (a) Counterintelligence means information gathered and activities conducted to
protect against espionage, other intelligence activities, sabotage, or
assassinations conducted for or on behalf of foreign powers, organizations or
persons, or international terrorist activities, but not including personnel,
physical, document or communications security programs.

   (b) Electronic surveillance means acquisitions of a nonpublic communication by
electronic means without the consent of a person who is a party to an electronic
communication or, in the case of a nonelectronic communication, without the
consent of a person who is visably present at the place of communication, but not
including the use of radio direction-finding equipment solely to determine the
location of a transmitter.

   (c) Employee means a person employed by, assigned to or acting for an agency
within the Intelligence Community.

   (d) Foreign intelligence means information relating to the capabilities,
intentions and activities of foreign powers, organizations or persons, but not
including counterintelligence except for information on international terrorist
activities.

   (e) Intelligence activities means all activities that agencies within the
Intelligence Community are authorized to conduct pursuant to this Order.

   (f) Intelligence Community and agencies within the Intelligence Community

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                                    Page 18

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**


refer to the following agencies or organizations:

(1) The Central Intelligence Agency (CIA);

(2) The National Security Agency (NSA);

(3) The Defense Intelligence Agency (DIA);

(4) The offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance programs;

(5) The Bureau of Intelligence and Research of the Department of State;

(6) The intelligence elements of the Army, Navy, Air Force, and Marine Corps, the Federal Bureau of Investigation (FBI), the Department of the Treasury, and the Department of Energy; and

(7) The staff elements of the Director of Central Intelligence.

   (g) The National Foreign Intelligence Program includes the programs listed below, but its composition shall be subject to review by the National Security Council and modification by the President:

(1) The programs of the CIA;

(2) The Consolidated Cryptologic Program, the General Defense Intelligence Program, and the programs of the offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance, except such elements as the Director of Central Intelligence and the Secretary of Defense agree should be excluded;

(3) Other programs of agencies within the Intelligence Community designated jointly by the Director of Central Intelligence and the head of the department or by the President as national foreign intelligence or counterintelligence activities;

(4) Activities of the staff elements of the Director of Central Intelligence;

(5) Activities to acquire the intelligence required for the planning and conduct of tactical operations by the United States military forces are not included in the National Foreign Intelligence Program.

   (h) Special activities means activities conducted in support of national foreign policy objectives abroad which are planned and executed so that the role of the United States Government is not apparent or acknowledged publicly, and *59954 functions in support of such activities, but which are not intended to influence United States political processes, public opinion, policies, or media and do not include diplomatic activities or the collection and production of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12333                                    Page 19

Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

**(Cite as: 46 FR 59941)**


intelligence or related support functions.

    (i) United States person means a United States citizen, an alien known by the intelligence agency concerned to be a permanent resident alien, an unincorporated association substantially composed of United States citizens or permanent resident aliens, or a corporation incorporated in the United States, except for a corporation directed and controlled by a foreign government or governments.

  3.5 Purpose and Effect. This Order is intended to control and provide direction and guidance to the Intelligence Community. Nothing contained herein or in any procedures promulgated hereunder is intended to confer any substantive or procedural right or privilege on any person or organization.

  3.6 Revocation. Executive Order No. 12036 of January 24, 1978, as amended, entitled 'United States Intelligence Activities,' is revoked.

RONALD REAGAN

THE WHITE HOUSE,

December 4, 1981.

FN* The correct citation is (87 Stat. 555).

 Exec. Order No. 12,333, 1981 WL 76054 (Pres.Exec.Order), 46 FR 59941

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.