IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION,<br>        Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE,<br><br>        Defendant. | Civil Action No. 06-00206 (ESH) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff People For the American Way Foundation hereby seeks an extension of time, through and including June 30, 2006, in which to file its opposition to Defendant National Security Agency's motion for summary judgment in this matter. As required by the Local Rules, undersigned counsel for Plaintiff has conferred with counsel for Defendant, Rupa Bhattacharyya, Esq., who has indicated that she does not oppose the relief requested in this motion. As grounds for this motion, Plaintiff states as follows:

1. On February 27, 2006, following a telephone conference call between the Court and counsel for the parties, the Court entered an order directing Defendant to file its Motion for Summary Judgment in this matter by May 1, 2006.

2. On April 28, 2006, Defendant filed an unopposed motion for extension of time to file its Motion for Summary Judgment to May 9, 2006. The requested extension was granted by the Court.

3. On May 9, 2006, Defendant filed its motion for summary judgment and accompanying declarations and exhibits.

4. Under Local Rule 7(b), Plaintiff's opposition memorandum of points and authorities in opposition to Defendant's motion is due Monday, May 22, 2006. However, because of other litigation commitments and the complex arguments raised in Defendant's Motion, Plaintiff requires additional time in order to fully complete its work in opposing that motion.

5. This extension is not sought for the purposes of delay, and in light of Defendant's consent, will not result in prejudice to any party.

Wherefore, Plaintiff respectfully requests that the Court grant an extension of time, through and including June 30, 2006, in which to file its Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment in this matter. A proposed order is attached for the convenience of the Court.

Respectfully submitted,

____/s/ Elliot Mincberg_____
ELLIOT M. MINCBERG
DC Bar No. 941575
People For the American Way Foundation
2000 M Street, Suite 400
Washington, DC  20036
(202) 467-4999 (telephone)
(202) 293-2672 (facsimile)
Email:  emincberg@pfaw.org

Dated: May 18, 2006