IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, </br>            Plaintiff, </br> </br> v. </br> </br> NATIONAL SECURITY AGENCY/ </br> CENTRAL SECURITY SERVICE, </br> </br>            Defendant. | ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 06-00206 (ESH) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ERRATA

Plaintiff People For the American Way Foundation hereby files this errata sheet to ask the Court to accept the attached Proposed Order which inadvertently was not attached to Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Motion for Summary Judgment electronically filed on May 18, 2006 under Docket Number 7.

                                                                                              Respectfully submitted,

                                                                      ____/s/ Elliot Mincberg_____ </br>
                                                                      ELLIOT M. MINCBERG </br>
                                                                      DC Bar No. 941575 </br>
                                                                      People For the American Way Foundation </br>
                                                                      2000 M Street, Suite 400 </br>
                                                                      Washington, DC  20036 </br>
                                                                      (202) 467-4999 (telephone) </br>
                                                                      (202) 293-2672 (facsimile) </br>
                                                                      Email:  emincberg@pfaw.org

Dated: May 18, 2006