### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION,  )<br>                    Plaintiff,  )<br>                                            )<br>                                            )    Civil Action No. 06-00206 (ESH)<br>v.                                          )<br>                                            )<br>NATIONAL SECURITY AGENCY/      )<br>CENTRAL SECURITY SERVICE,       )<br>                                            )<br>                    Defendant.  )<br>_____) | |

### [PROPOSED] ORDER

The Court, having fully considered the Plainitff's Unopposed Motion for an Extension of Time in Which to File Its Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, hereby finds that it is GRANTED.

Plaintiff shall have through and including June 30, 2006, in which file its Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment in the captioned matter.

IT IS SO ORDERED, this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE