IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, ) ) ) Plaintiff, ) ) vs. ) ) NATIONAL SECURITY AGENCY/ ) CENTRAL SECURITY SERVICE, ) ) Defendant. ) ) | Civil Action No.: 06-00206 (ESH) |

### ENTRY OF APPEARANCE

Please enter the appearance of Michael L. Martinez as additional counsel for Plaintiff in this matter.

Dated:

June 29, 2006                                         Respectfully submitted,


                                                       */s/* Michael L. Martinez
                                           Michael L. Martinez, DC Bar #347310
                                           CROWELL & MORING LLP
                                           1001 Pennsylvania Avenue, N.W.
                                           Washington, D.C.  20004
                                           Telephone:  (202) 624-2500
                                           Facsimile:  (202) 628-5116