IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.:  06-00206 (ESH) |
| vs. | ) ) ) | |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

**PEOPLE FOR THE AMERICAN WAY
FOUNDATION'S CONSENT REQUEST
FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff People for the American Way Foundation ("PFAWF") requests that this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, enlarge PFAWF's time to respond to Defendant's Motion for Summary Judgment by 14 days, to and including July 14, 2006.

In support of this request PFAWF represents that it and its counsel need additional time to prepare their response to the motion for summary judgment. Conflicts with other matters have precluded counsel from preparing a response by the previously established June 30, 2006 deadline.  PFAWF, through its counsel, have obtained defendant's consent to a 14-day enlargement of the time to respond to the motion for summary judgment.

For the foregoing reasons, respectfully requests that the Court enter an order

enlarging, until July 14, 2006, PFAWF's time to respond to Defendant's Motion for Summary Judgment.

Dated:

June 29, 2006                                    Respectfully submitted,


                                              */s/* Michael L. Martinez
Michael L. Martinez
DC Bar #347310
John E. McCarthy Jr.
Christopher Gagne
Christopher Calsyn
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2500

ELLIOT M. MINCHBERG
DC Bar #941575
People For the American Way Foundation
2000 M Street, NW, Suite 400
Washington, D.C.  20036
(202) 467-4999

Attorneys for Plaintiff People for the American Way Foundation.

2796513