IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-00206 (ESH) |
| v. | ) ) ) | |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, | ) ) ) | |
| Defendant. | ) | |

**PEOPLE FOR THE AMERICAN WAY
FOUNDATION'S CONSENT MOTION FOR
AN ADDITIONAL ENLARGEMENT OF TIME TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff People for the American Way Foundation ("PFAWF") respectfully requests that this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge PFAWF's time to respond to Defendant's Motion for Summary Judgment by an additional 10 days, to and including July 24, 2006.

In support of this request, PFAWF represents that it and its counsel need additional time to prepare their response to the motion for summary judgment. Counsel have been diligently working on the matter and have a substantial draft. However, unexpected conflicts with other court and litigation matters have intervened and prevented counsel from completing its response by the deadline of today, July 14, 2006. PFAWF, through its counsel, have obtained Defendant's consent to an additional 10-day enlargement of the time to respond to the motion for summary judgment. We appreciate the Court's indulgence in this regard and we do

not expect than any additional enlargement of time will be required.

For the foregoing reasons, PFAWF respectfully requests that the Court enter an order enlarging, until July 24, 2006, PFAWF's time to respond to Defendant's Motion for Summary Judgment.

Dated:

July 14, 2006

Respectfully submitted,

    */s/ Michael Martinez*
Michael L. Martinez, DC BAR #347310
John E. McCarthy Jr.
Christopher Gagne
Christopher Calsyn
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2500

ELLIOT M. MINCBERG
DC BAR #941575
People For the American Way Foundation
2000 M Street, N.W.
Washington, D.C.  20036
(202) 467-4999

Attorneys for Plaintiff People for the American Way Foundation.

2796513

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that this 14th day of July, 2006, I sent one copy of the foregoing motion to the following counsel for defendant via electronic mail:

Rupa Bhattacharyya
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C.  20530
Rupa.bhattacharyya@usdoj.gov


                */s/ Michael Martinez*
                Michael L. Martinez