IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE,<br><br>    Defendant. | Civil Action No. 06-00206 (ESH) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT AND ITS OPPOSITION TO PLAINTIFF'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant the National Security Agency hereby seeks a brief period of additional time, through and including August 25, 2006, in which to file a consolidated brief as a reply in support of its pending motion for summary judgment (Docket No. 6), and in opposition to plaintiff's pending cross-motion for partial summary judgment (Docket No. 12). As required by the Local Rules, undersigned counsel for defendant has conferred with counsel for plaintiff, Michael L. Martinez, Esq. who has indicated that plaintiff does not oppose the relief requested in this motion. As grounds for this motion, defendant states as follows:

    1.    On May 9, 2006, defendant filed its Motion for Summary Judgment in this matter.

    2.    On July 24, 2006, after obtaining three unopposed extensions of time, plaintiff filed its opposition to defendant's motion and a cross-motion for partial summary judgment.

    3.    Under the Local Rules, defendant's reply brief in support of its pending summary judgment motion would ordinarily be due August 3, 2006, and its opposition to plaintiff's cross-motion would ordinarily be due August 7, 2006.

4.	Due to other litigation commitments of undersigned counsel and the necessity to respond both on its own motion and in response to plaintiff's motion, defendant requires additional time in which to prepare a consolidated brief addressing the issues posed by the two pending motions.

5.	This extension is not sought for the purposes of delay, and in light of plaintiff's consent, will not result in prejudice to any party.

Wherefore, defendant respectfully requests that the Court grant it an additional period of time, through and including August 25, 2006, in which to file its consolidated reply in support of its pending Motion for Summary Judgment and in opposition to plaintiff's pending cross-motion for partial summary judgment.  A proposed order is attached for the convenience of the Court.

>	Respectfully submitted,
>
>	PETER D. KEISLER
>	Assistant Attorney General, Civil Division
>
>	KENNETH J. WAINSTEIN
>	United States Attorney
>
>	JOSEPH H. HUNT
>	Director, Federal Programs Branch
>
>	ELIZABETH J. SHAPIRO
>	Assistant Director, Federal Programs Branch
>
>	____/s/ Rupa Bhattacharyya_____
>	RUPA BHATTACHARYYA (VA# 38877)
>	Senior Trial Counsel
>	Federal Programs Branch, Civil Division
>	United States Department of Justice
>	P.O. Box 883, 20 Massachusetts Ave., N.W.
>	Washington, D.C.  20044
>	Tel: (202) 514-3146
>	Fax: (202) 318-7593
>	Email: rupa.bhattacharyya@usdoj.gov

Dated:   July 31, 2006.