IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-00206 (ESH) |
| NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND ITS OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant the National Security Agency hereby seeks an extension of one week's time, through and including September 1, 2006, in which to file its consolidated brief in opposition to plaintiff's pending cross-motion for partial summary judgment (Docket No. 12) and as a reply in support of its pending motion for summary judgment (Docket No. 6).  As required by the Local Rules, undersigned counsel for defendant has conferred with counsel for plaintiff, Elliot M. Mincberg, Esq., who has indicated that plaintiff does not oppose the relief requested in this motion.  As grounds for this motion, defendant states as follows:

1.      On May 9, 2006, defendant filed its Motion for Summary Judgment in this matter.

2.      On July 24, 2006, after obtaining three unopposed extensions of time, plaintiff filed its opposition to defendant's motion and a cross-motion for partial summary judgment.

3.      On July 31, defendant sought an extension of time to respond to plaintiffs' cross-motion for partial summary judgment and to file its reply brief, which the Court granted on August 1, 2006.  Under that Order, defendant's brief is due August 25, 2006.

4.		Due to the absence of various necessary personnel during the month of August, and in light of other litigation commitments and pressing needs, defendant requires a brief period of additional time in which to complete its work.

5.		On August 23, 2006, undersigned counsel for defendant spoke to counsel for plaintiff Elliot M. Mincberg, Esq., who indicated that plaintiff did not oppose the relief requested herein. As a result, the brief extension requested herein will not result in prejudice to any party.

Wherefore, defendant respectfully requests that the Court grant it an additional period of time, through and including September 1, 2006, in which to file its consolidated reply in support of its pending Motion for Summary Judgment and in opposition to plaintiff's pending cross-motion for partial summary judgment. A proposed order is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated: August 23, 2006.