IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOGLE FOR THE AMERICAN WAY FOUNDATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE,  )<br>)<br>Defendant.  )<br>_____)  | Civil Action No. 06-00206 (ESH) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT
OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE
IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY**

In response to the numbered paragraphs in Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue filed in support of Plaintiff's Partial Motion for Summary Judgment, and as required by Local Rule 7.1(h), defendant the National Security Agency ("NSA") hereby responds as follows:

1.      Plaintiff's statement is neither material nor undisputed.  As to its materiality, defendant's successful assertion of Exemption Three of the Freedom of Information Act, 5 U.S.C. § 552(b)(3), requires no showing of harm from disclosure.  See Hayden v. National Security Agency, 608 F.2d 1381, 1390 (D.C. Cir. 1979); NSA's Reply Brief at 2-7.  Defendant's decision to withhold the information plaintiff seeks is justified on this ground alone, and thus, plaintiff's statement is immaterial.  In any event, the NSA's declarants have established that disclosure of the total number of individuals targeted under the Terrorist Surveillance Program ("TSP") since the inception of the program, the total number of individuals targeted under the TSP since March of 2004, and the total number of communications intercepted under the TSP

since the inception of the program could reasonably be expected to cause exceptionally grave damage to national security. Declaration of Joseph B. ("NSA Decl."), attached as Ex. C to NSA's Motion for Summary Judgment, ¶¶ 5-6, 11-15; Declaration of Louis F. Giles ("Giles Decl."), attached as Ex. A to NSA's Motion for Summary Judgment, ¶¶ 7-8.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. This statement is not a statement of fact, but rather a conclusion of law. In any event, it is disputed. The evidentiary support provided in support of Defendant's Motion for Summary Judgment is reasonable, specific, plausible and provided in good faith. See generally NSA Decl.; Giles Decl; Supplemental Declaration of Louis F. Giles ("Supp. Giles Decl."), attached as Ex. A to NSA's Reply Brief.

6. Defendant disputes the materiality of this statement. The disclosure of the number of warrants approved by the Foreign Intelligence Surveillance Court by the Department of Justice has no legal bearing on whether the National Security Agency has properly withheld information under FOIA, Section 6 of the National Security Act, 50 U.S.C. § 402 note, and the classification provisions of Executive Order 12958, as amended by Executive Order 13292. See NSA's Reply Brief at 5-7.

7. Defendant disputes the materiality of this statement. The disclosure of the number of Federal Bureau of Investigation requests for business records under Section 215 of the USA PATRIOT Act has no legal bearing on whether the National Security Agency has properly withheld information under FOIA, Section 6 of the National Security Act, 50 U.S.C. § 402 note, and the classification provisions of Executive Order 12958, as amended by Executive Order

Case 1:06-cv-00206-ESH    Document 16-3    Filed 09/01/2006    Page 3 of 3

13292. See NSA's Reply Brief at 5-7.

8.   Plaintiff's statement is neither material nor undisputed. "Unofficial leaks" of information have no legal bearing on whether the National Security Agency has properly withheld information under FOIA, Section 6 of the National Security Act, 50 U.S.C. § 402 note, and the classification provisions of Executive Order 12958, as amended by Executive Order 13292. See NSA's Reply Brief at 10 n.4. Moreover, this statement is disputed both because it is inadmissible hearsay and because defendant has not, and cannot, for the reasons described in the defendant's supporting declarations, officially disclose, confirm, or deny the allegations reported by the media. See, e.g., NSA's Reply Brief at 15-19; Giles Decl. ¶¶ 7-8; NSA Decl. ¶¶ 5-6, 11-15, 20, 27-29; Supp. Giles Decl. ¶ 4.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General, Civil Division

    KENNETH J. WAINSTEIN
    United States Attorney

    JOSEPH H. HUNT
    Director, Federal Programs Branch

    ELIZABETH J. SHAPIRO
    Assistant Director, Federal Programs Branch

    ____/s/ Rupa Bhattacharyya_____
    RUPA BHATTACHARYYA (VA# 38877)
    Senior Trial Counsel
    Federal Programs Branch, Civil Division
    United States Department of Justice
    P.O. Box 883, 20 Massachusetts Ave., N.W.
    Washington, D.C.  20044
    Tel: (202) 514-3146
    Fax: (202) 318-7593
    Email: rupa.bhattacharyya@usdoj.gov

Dated:  September 1, 2006.

-3-