IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  06-00206 (ESH) |
| v. | ) ) ) | |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, | ) ) ) | |
| Defendant. | ) | |

**PEOPLE FOR THE AMERICAN WAY
FOUNDATION'S CONSENT MOTION FOR
<u>AN ENLARGEMENT OF TIME TO FILE A REPLY</u>**

Plaintiff People for the American Way Foundation ("PFAWF") respectfully requests this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge PFAWF's time to file a reply memorandum in reply to the Defendant's recent opposition and reply memorandum.  Plaintiffs seek an additional two weeks, to and including September 25, 2006.

In support of this request, PFAWF represents that it and its counsel need additional time to prepare their reply given various scheduling and other travel commitments to which counsel must attend.  Thus, counsel for Plaintiffs have been unable to complete their reply memorandum by today, the current due date.  Given that the United States has submitted additional exhibits in support of their opposition and reply, counsel also need additional time to study these materials and determine how best to respond.

PFAWF, through its counsel, have obtained Defendant's consent to this requested enlargement of time. Wherefore, PFAWF respectfully requests that the Court enter an order enlarging, until September 25, 2006, PFAWF's time to file its Reply Memorandum.

Dated:

September 11, 2006                              Respectfully submitted,


                                                 /s/ Michael Martinez
                                                Michael L. Martinez, DC BAR #347310
                                                John E. McCarthy Jr.
                                                Christopher Gagne
                                                Christopher Calsyn
                                                CROWELL & MORING LLP
                                                1001 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004
                                                (202) 624-2500

                                                ELLIOT M. MINCBERG
                                                DC BAR #941575
                                                People For the American Way Foundation
                                                2000 M Street, N.W.
                                                Washington, D.C. 20036
                                                (202) 467-4999

                                                Attorneys for Plaintiff People for the
                                                American Way Foundation.

2845639

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that this 11th day of September, 2006, I sent one copy of the foregoing motion to the following counsel for defendant via electronic mail:

Rupa Bhattacharyya
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C.  20530
Rupa.bhattacharyya@usdoj.gov


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Martinez
　　　　　　　　　　　　　　　　　　　　　　Michael L. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-00206 (ESH) |
| v. | ) ) ) | |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff People for the American Way Foundation's ("PFAWF") consent motion for an enlargement of time, and the entire record in this case, it is by the Court this _____ day of September, 2006, hereby

ORDERED, that the motion be and hereby is GRANTED and PFAWF's Reply Memorandum is due on or before September 25, 2006.

_____
United States District Judge

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Elliot M. Mincberg
People For the American Way Foundation
2000 M Street, N.W.
Washington, D.C. 20036

Rupa Bhattacharyya
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, D.C. 20530