**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  06-00206 (ESH) |
| v. | ) ) | |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, | ) ) ) | |
| Defendant. | ) | |

**PEOPLE FOR THE AMERICAN WAY
FOUNDATION'S CONSENT MOTION FOR AN
<u>ADDITIONAL ENLARGEMENT OF TIME TO FILE A REPLY</u>**

Plaintiff People for the American Way Foundation ("PFAWF") respectfully requests this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an additional enlargement of time for PFAWF to file a reply memorandum in reply to the Defendant's recent opposition and reply memorandum. Plaintiffs seek an additional two weeks, to and including October 9, 2006.

In support of this request, PFAWF represents that it and its counsel need additional time to prepare their reply given various scheduling and other travel commitments to which counsel must attend.  Thus, counsel for Plaintiffs have been unable to complete their reply memorandum by today, the current due date.  Given that the United States has submitted additional exhibits in support of their opposition and reply, counsel also need additional time to study these materials and determine how best to respond.

PFAWF, through its counsel, have obtained Defendant's consent to this additional requested enlargement of time.  Wherefore, PFAWF respectfully requests that the Court enter an order enlarging, until October 9, 2006, PFAWF's time to file its Reply Memorandum.

Dated:

September 25, 2006                          Respectfully submitted,


                                              */s/ Michael L. Martinez*
Michael L. Martinez, DC BAR #347310
John E. McCarthy Jr.
Christopher Gagne
Christopher Calsyn
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2500

ELLIOT M. MINCBERG
DC BAR #941575
People For the American Way Foundation
2000 M Street, N.W.
Washington, D.C.  20036
(202) 467-4999

Attorneys for Plaintiff People for the
American Way Foundation.

2858226

CERTIFICATE OF SERVICE

I hereby certify that this 25th day of September, 2006, I sent one copy of the

foregoing motion to the following counsel for defendant via electronic mail:

Rupa Bhattacharyya
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C.  20530
Rupa.bhattacharyya@usdoj.gov


_____/s/ Michael L. Martinez_____
Michael L. Martinez

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PEOPLE FOR THE AMERICAN    )
WAY FOUNDATION,              )
                             )
        Plaintiff,       )     Civil Action No.  06-00206 (ESH)
                             )
v.                        )
                             )
NATIONAL SECURITY AGENCY/    )
CENTRAL SECURITY SERVICE,    )
                             )
        Defendant.     )

## <u>ORDER</u>

Upon consideration of Plaintiff People for the American Way Foundation's

("PFAWF") consent motion for an enlargement of time, and the entire record in this

case, it is by the Court this _____ day of September, 2006, hereby

ORDERED, that the motion be and hereby is GRANTED and PFAWF's Reply

Memorandum is due on or before October 9, 2006.

                               _____
                               United States District Judge

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004

Elliot M. Mincberg
People For the American Way Foundation
2000 M Street, N.W.
Washington, D.C.  20036

Rupa Bhattacharyya
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, D.C.  20530