UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE AMERICAN WAY FOUNDATION**,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE**,<br><br>Defendant. | Civil Action No. 06-206 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [#6] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's cross-motion for partial summary judgment [#12] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 20, 2006